AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Middle District of Pennsylvania

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Thomas Hartley | ) Case No. | 5:20 MJ 57 |
| | ) | |
| | ) | |
| Defendant(s) | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __between Aug 2018 and July 2020__ in the county of __Monroe__ in the __Middle__ District of __Pennsylvania__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 641 | Theft of Government Money; |
| 18 USC 287 | Fraudulent Claims Against the United States; |
| 18 USC 1001(a)(3) | False Statements or Entries. |

FILED
WILKES BARRE
OCT 07 2020
PER __MS__
DEPUTY CLERK

This criminal complaint is based on these facts:
See attached Affidavit of Probable Cause.

☑ Continued on the attached sheet.

_____
Complainant's signature

SA Jeffrey Kemper, DOL OIG
Printed name and title

Sworn to before me and signed ~~in my presence~~ by reliable electronic means  JFS.

Date: __Oct. 7, 2020__

_____
Judge's signature
Joseph F. Saporito, Jr.

City and state: __Wilkes-Barre, Pennsylvania__       Joseph F. Saporito, Jr., U.S. Magistrate Judge
Printed name and title