IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | 5:20-MJ-58 |
| | : | |
| v. | : | Magistrate Judge Saporito |
| | : | |
| THOMAS HARTLEY, | : | |
| | : | |
| Defendant | : | |

### ORDER

AND NOW, this 9th day of October, 2020, IT IS HEREBY **ORDERED THAT** a Preliminary Examination shall be conducted in the above-captioned action on **October 21, 2020, at 10:00 a.m.** in the Max Rosenn United States Courthouse, 197 South Main Street, Wilkes-Barre, Pennsylvania, in Courtroom Number 1.

JOSEPH F. SAPORITO, JR.
United States Magistrate Judge